# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

Robert P. Young, Jr.,
Chief Justice

147331

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JERRY L. LATIMORE and PAULA O.
LATIMORE,
      Plaintiffs-Appellants,

v

                                      SC: 147331
                                      COA: 312661

CITIMORTGAGE and FEDERAL HOME
LOAN MORTGAGE,
      Defendants-Appellees.

                                      Genesee CC: 12-097471-CH

_____/

On order of the Court, the application for leave to appeal the May 20, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



                                          Clerk

h1021